IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EUGENE EDWARDS, et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>CLIFTON CURTIS SNEED, et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:08-CV-1294-TWT |

### ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 24 day of April, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Edwards\r&r.wpd